# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 17, 2014

147743

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ROBERT RICHARD-HOWARD NELSON,
      Defendant-Appellant.

SC: 147743
COA: 308244
Bay CC: 10-010892-FH

_____/

On October 8, 2014, the Court heard oral argument on the application for leave to appeal the July 30, 2013 judgment of the Court of Appeals. On order of the Court, the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 17, 2014



h1014

Clerk